1  Alexander G. Calfo, (SBN 152891)
   *alexander.calfo@btlaw.com*
2  Kelley S. Olah, (SBN 245180)
   *kelley.olah@btlaw.com*
3  Gabrielle J. Anderson-Thompson, (SBN 247039)
   *gabrielle.anderson-thompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2049 Century Park East, Suite 3550
5  Los Angeles, California 90067
   Telephone:   (310) 284-3880
6  Facsimile:    (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON (erroneously sued as "Johnson &
   Johnson, Inc."); JOHNSON & JOHNSON
9  SERVICES, INC.; DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
10 International, Ltd.")

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA PETTY, | Case No. CV13-03277-WHO |
| Plaintiff, | **[PROPOSED]** ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS |
| v. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,, | Trial Date:   None Set |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff JENNA PETTY and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),

THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of this case is GRANTED.

2. All deadlines and proceedings in this action are hereby STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred *to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

**IT IS SO ORDERED.**

Dated: July 29, 2013, 2013

William H. Orrick
United States District Judge