Alexander G. Calfo, (SBN 152891)
*alexander.calfo@btlaw.com*
Kelley S. Olah, (SBN 245180)
*kelley.olah@btlaw.com*
Gabrielle J. Anderson-Thompson, (SBN 247039)
*gabrielle.anderson-thompson@btlaw.com*
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:     (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."); JOHNSON & JOHNSON SERVICES, INC.; DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA PETTY,<br><br>            Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,,<br><br>            Defendants. | Case No.  CV13-03277-WHO<br><br>**[PROPOSED]** ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS<br><br>JURY TRIAL DEMANDED<br><br>Trial Date:     None Set |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff JENNA PETTY and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),

1  THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL
2  CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents,
3  files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:
4      1.    The Parties' request for a stay of this case is GRANTED.
5      2.    All deadlines and proceedings in this action are hereby STAYED pending a
6  decision by the Judicial Panel on Multidistrict Litigation on whether this case should be
7  transferred *to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,
8  MDL Docket No. 2244.
9      **IT IS SO ORDERED.**

Dated: July 29, 2013, 2013

_____
William H. Orrick
United States District Judge